IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG ZUBER,

    Plaintiff,

v.

BOSCOV'S,

    Defendant.

CIVIL ACTION
NO. 15-3874

## ORDER

**AND NOW**, this 7th day of April, 2016, it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint (Docket No. 3) is **GRANTED** and this matter is dismissed with prejudice. The Clerk shall mark this matter closed.

BY THE COURT:

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.