IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRAIG ZUBER,

    Plaintiff,

v.

BOSCOV'S,

    Defendant.

CIVIL ACTION
NO. 15-3874

# ORDER

**AND NOW**, this 3rd day of May, 2018, it is hereby **ORDERED** as follows:

1. Defendant's Motion to Dismiss Plaintiff's Complaint (Docket No. 3) is **DENIED**;

2. Plaintiff's Motion for Leave to File Amended Complaint (Docket No. 36) is **GRANTED**;

3. The Amended Complaint attached as Exhibit A to Plaintiff's Motion shall be docketed; and

4. The Clerk shall amend the caption to read "Boscov's Department Stores, LLC, and ADE Associates LP, Defendants."

                **BY THE COURT:**

                **/s/ Jeffrey L. Schmehl**
                Jeffrey L. Schmehl, J.