IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG ZUBER | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| BOSCOV'S DEPARTMENT STORE, LLC, et al. | : | NO. 15-3874 |
| | : | |
| Defendants. | : | |

O R D E R

AND NOW, TO WIT: This **30th day** of **May, 2018** it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, without costs, pursuant to the agreement of counsel.

KATE BARKMAN
Clerk of Court

BY:  */s/ Chavela M. Settles*
Chavela M. Settles
Deputy Clerk to the
Honorable Timothy R. Rice
U.S. Magistrate Judge